| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eisele, Garnett T | U.S. Dist. Ct. E. D. AR | 04/28/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 3684 Little Rock, AR 72203 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | Wm. R. Overton Inn of Court |
| 2. Partner | Whitehall |
| 3. Trustee | ██████ Trust #1 |
| 4. Trustee | ██████ Trust #2 |
| 5. Trustee | ██████ Trust |
| 6. Trustee | ██████ Trust |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FREE Foundation | 8/12/08-8/16/07 | Bozeman, Montana | Educational Seminar | Airfare, lodging and meals |
| 2 | AEI - Brookings Joint Center for Regulatory Studies | 11/10/07 - 11/14/07 | Chicago, Illinois | Edcational Seminar | Airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Life of Vermont | Policy Loans | J |
| 2. | Northwest National Life | Policy Loans | J |
| 3. | Sun Life of Canada | Policy Loan on Life Insurance | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lincoln Nat'l Life | A | Div | J | T | | | | | |
| 2. S.W. Energy | A | Div | O | T | | | | | |
| 3. Bank of America(ck. acct) | A | Int | J | T | | | | | |
| 4. Pulaski Bank & Trust (savings acct.) | A | Int | J | T | | | | | |
| 5. Bank of America | D | Div | M | T | partial sale | 6/29 | J | C | |
| 6. Bank of America | D | Div | M | T | | | | | |
| 7. Alcatel (formerly Lucent Tech) | | None | J | T | | | | | |
| 8. Alcatel (formerly Lucent Tech) | A | Div | J | T | | | | | |
| 9. New Perspective Fund | B | Div | K | T | | | | | |
| 10. Washington Mut. Invest Fd. | A | Div | K | T | | | | | |
| 11. GrowthFund of America | A | Div | K | T | | | | | |
| 12. Regions Bank | A | Div | | | Sold | 6/29 | J | B | |
| 13. Regions Bank | A | Div | | | Sold | 6/29 | J | B | |
| 14. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 15. MFS Ark Mun Bond | A | Interest | | | Sold | 6/29 | K | | |
| 16. MFS Ark Mun Bond | A | Interest | | | Sold | 6/29 | K | | |
| 17. Cisco | | None | K | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes:   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CitiGroup | A | Dividend | K | T | | | | | |
| 19. CitiGroup | A | Div | K | T | | | | | |
| 20. Travelers Class B | A | Div | J | T | | | | | |
| 21. Travelers Class A | A | Div | J | T | | | | | |
| 22. Dean Witter Ready Assets | A | Div | K | T | | | | | |
| 23. Microsoft Corp | A | Div | J | T | | | | | |
| 24. Microsoft Corp | A | Dividend | J | T | | | | | |
| 25. Microsoft Corp | A | Dividend | J | T | | | | | |
| 26. Alltel | A | Dividend | | | Sold | 6/14 | K | C | |
| 27. SunLife Financial | A | Div | J | T | | | | | |
| 28. Whitehall (partnership) | D | Rent | K | V | | | | | |
| 29. Harvard Balanced Fund | A | Div, Int. | K | T | | | | | |
| 30. Windstream | A | Dividend | J | T | | | | | |
| 31. AT&T | A | Dividend | J | T | Bought | 6/14 | J | | |
| 32. ██████ Trust #2 | E | Div | O | T | | | | | |
| 33. (This is aggregate income and value of this trust) | | | | | | | | | |
| 34. The following are assets of this trust: | | | | | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBM | A | Div | L | T | | | | | |
| 36. IBM | A | Div | K | T | | | | | |
| 37. I.B.M. | A | Div | J | T | | | | | |
| 38. I.B.M. | A | Div | J | T | | | | | |
| 39. I.B.M. | A | Div | J | T | | | | | |
| 40. Regions Bk. | A | Div | J | T | | | | | |
| 41. Regions Bank | A | Div | J | T | | | | | |
| 42. Acxiom | A | Div | | | Sold | 5/17 | K | E | |
| 43. Agere Class A | | None | J | T | | | | | |
| 44. Agere Class B | | None | J | T | | | | | |
| 45. Alltel | A | Div | | | Sold | 11/16 | L | E | |
| 46. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 47. Nissan | A | Dividend | L | T | | | | | |
| 48. Hewlett Packard | A | Dividend | J | T | | | | | |
| 49. G.E. Co. | A | Dividend | L | T | | | | | |
| 50. G.E. Co. | A | Dividend | J | T | | | | | |
| 51. Acxiom | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cisco | A | Dividend | J | T | | | | | |
| 53. Cisco | A | Dividend | J | T | | | | | |
| 54. Alcatel (formerly Lucent) | A | Dividend | | | Sold | 12/31 | J | | |
| 55. Hewlett Packard | A | Dividend | J | T | | | | | |
| 56. Acxiom | A | Dividend | J | T | | | | | |
| 57. G.E.Co. | A | Dividend | K | T | | | | | |
| 58. G.E.Co. | A | Dividend | J | T | | | | | |
| 59. G.E.Co. | A | Dividend | K | T | | | | | |
| 60. Alcatel (formerly Lucent) | A | Dividend | | | Sold | 12/31 | J | | |
| 61. Royal Bk of Scotland | A | Dividend | | | Sold | 12/31 | K | | |
| 62. Alcatel (formerly Lucent) | A | Dividend | | | Sold | 12/31 | J | | |
| 63. Windstream | A | Dividend | J | T | | | | | |
| 64. Citigroup | A | Dividend | L | T | Bought | 11/19 | L | | |
| 65. AT&T | A | Dividend | K | T | Bought | 6/14 | K | | |
| 66. Acxiom | A | Dividend | J | T | Bought | 10/1 | J | | |
| 67. ███████ Trust | E | Dividend | O | T | | | | | |
| 68. (This is aggregate income and value of this trust) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. The following are assets of this trust | | | | | | | | | |
| 70. Dean Witter Ready Assets | A | Dividend | J | T | | | | | |
| 71. AR St Dev Auth Econ Bds | A | Interest | | | Sold | 1/26 | J | | |
| 72. Southwest Energy | A | Dividend | L | T | | | | | |
| 73. Korea Fund | A | Dividend | K | T | | | | | |
| 74. Apple Computer | A | Dividend | M | T | | | | | |
| 75. Acxiom | A | Dividend | | | Sold | 5/17 | K | E | |
| 76. Acxiom | A | Dividend | J | T | | | | | |
| 77. Acxiom | A | Dividend | J | T | Bought | 10/1 | J | | |
| 78. Alcatel (formerly Lucent) | A | Dividend | J | T | | | | | |
| 79. Cisco | A | Dividend | J | T | | | | | |
| 80. Cisco | A | Dividend | K | T | | | | | |
| 81. SK Telecom | A | Dividend | J | T | | | | | |
| 82. Agere Class B | A | Dividend | J | T | | | | | |
| 83. Agere Class A | A | Dividend | J | T | | | | | |
| 84. Microsoft | A | Dividend | K | T | | | | | |
| 85. Microsoft | A | Dividend | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
●=Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IBM | B | Dividend | L | T | | | | | |
| 87. AT&T | A | Dividend | K | T | Bought | 6/11 | K | | |
| 88. ▮▮▮▮Trust #1 | E | Dividend | N | T | | | | | |
| 89. (This is the aggregate value and income of this trust) | | | | | | | | | |
| 90. Hewlett Packard | A | Dividend | K | T | | | | | |
| 91. Hewlett Packard | A | Dividend | J | T | | | | | |
| 92. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 93. Reliant Resources | A | Dividend | J | T | | | | | |
| 94. Merck & Co | B | Dividend | K | T | | | | | |
| 95. Medco Health | A | Dividend | J | T | | | | | |
| 96. Regions Bk. | A | Dividend | J | T | | | | | |
| 97. Regions Bk. | A | Dividend | J | T | | | | | |
| 98. Alltel | A | Dividend | | | Sold | 11/16 | L | E | |
| 99. Alltel | A | Dividend | | | Sold | 5/10 | K | D | |
| 100. Acxiom | A | Dividend | | | Sold | 5/17 | J | A | |
| 101. AT&T | A | Dividend | J | T | | | | | |
| 102. AT&T | A | Dividend | K | T | Bought | 6/11 | K | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Microsoft | A | Dividend | J | T | | | | | |
| 104. Windstream | B | Dividend | K | T | | | | | |
| 105. Citigroup | A | Dividend | L | T | Bought | 11/19 | L | | |
| 106. AR Dev Fin Auth Bd | A | Interest | J | T | | | | | |
| 107. Secured Prom. Note | C | Interest | L | T | | | | | |
| 108. Dean Witter Ready Assets | A | Interest | J | T | | | | | |
| 109. ███████ Trust | D | Dividend | N | T | | | | | |
| 110. (This is aggregate value and income of this trust) | | None | | | | | | | |
| 111. U.S. Treasury Bond | B | Interest | K | T | | | | | |
| 112. IBM | A | Dividend | K | T | | | | | |
| 113. Merck | B | Dividend | K | T | | | | | |
| 114. Regions Bk | A | Dividend | J | T | | | | | |
| 115. Dean Witter Asset Fund | A | Dividend | J | T | | | | | |
| 116. Bankamerica | B | Dividend | K | T | | | | | |
| 117. Bk Tokyo-Mitsubishi | A | Dividend | J | T | | | | | |
| 118. Regions Bank | A | Dividend | K | T | | | | | |
| 119. Acxiom | A | Dividend | | | Sold | 5/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Cisco | A | Dividend | K | T | | | | | |
| 121. Acxiom | A | Dividend | J | T | | | | | |
| 122. G.E.Co. | B | Dividend | K | T | | | | | |
| 123. IBM | A | Dividend | J | T | | | | | |
| 124. IBM | A | Dividend | J | T | | | | | |
| 125. IBM | A | Dividend | K | T | | | | | |
| 126. IBM | A | Dividend | K | T | | | | | |
| 127. G.E.Co. | A | Dividend | K | T | | | | | |
| 128. Regions Bk. | A | Dividend | J | T | | | | | |
| 129. Medco Health | A | Dividend | J | T | | | | | |
| 130. Microsoft Corp | A | Dividend | J | T | | | | | |
| 131. AT&T | B | Dividend | K | T | | | | | |
| 132. AT&T | A | Dividend | K | T | Bought | 6/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts, line #22, Whitehall (a partnership), the explanation for using value code "V" is as follows: I hold a one-third interest in the Whitehall investment whose sole asset is a fifty-year-old lease on a small piece of property on Markham Street. We, in turn, rent the building on the property, the rents constitute the sole source of income to the partnership. Our underlying leasehold interest has less than ten years remaining

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544